Fill in this information to identify the case:

Debtor name: New Vision Group Home, a New Mexico General Partnership
United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BFS Capital<br>3301 N. University Drive<br>Suite 300<br>Pompano Beach, FL 33065 | | business loan | Disputed | | | $30,000.00 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | | Taxes | | | | $349,971.49 |
| Lowe's Pay and Save, Inc.<br>c/o Retail Merchants Association<br>P.O. box 2249<br>Lubbock, TX 79408 | | supplies | | | | $5,809.76 |
| NM Dept of Workforce Solutions Employment Security Division<br>PO Box 1928<br>Albuquerque, NM 87103 | | Unpaid Unemployment Compensation | | | | $78,803.85 |
| NM Taxation & Revenue Department<br>PO Box 8575<br>Albuquerque, NM 87198-8575 | | Taxes | | | | $734,889.55 |
| Philadelphia Insurance<br>c/o GB Collects, LLC<br>145 Bradford Drive<br>West Berlin, NJ 08091 | | liability insurance | | | | $5,137.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-12286-j11    Doc 3    Filed 09/13/16    Entered 09/13/16 09:03:14 Page 1 of 2

| Debtor | New Vision Group Home, a New Mexico General Partnership | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| The fundworks, LLC<br>15260 Ventura Blvd. #1430<br>Sherman Oaks, CA 91403 | | business loan | Disputed | | | $35,000.00 |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case 16-12286-j11   Doc 3   Filed 09/13/16   Entered 09/13/16 09:03:14 Page 2 of 2